852

**Rickey Amon COLLINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47566.**

Missouri Court of Appeals,
Western District.

Sept. 21, 1993.

Lorry L. Kohrs, Appellate Defender, Kansas City, for appellant.

Jeremiah W. Nixon, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM.

This is an appeal from the denial, without an evidentiary hearing, of Rickey Amon Collins' motion for post-conviction relief filed pursuant to Rule 24.035. We affirm. Rule 84.16(b).

**Jerry Dean OATES, Appellant,**

v.

**Paula Diane COOK, Respondent.**

**No. WD 46890.**

Missouri Court of Appeals,
Western District.

Sept. 21, 1993.

Harold L. Caskey, Butler, for appellant.

John L. Pursley, Butler, for respondent.

Before ULRICH, P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from motion to modify decree of dissolution of marriage. Judgment affirmed. Rule 84.16(b).

**Debra Lynn (Odell) LAWSON, Respondent,**

v.

**Robert Wayne ODELL, Appellant.**

**No. WD 47224.**

Missouri Court of Appeals,
Western District.

Sept. 21, 1993.

Gail Berkowitz, Kansas City, for appellant.

Thomas Eugene Hankins, Gladstone, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from an order modifying a decree of dissolution. Affirmed. Rule 84.16(b).